IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **RICHARD B. MEYER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | Civil Action No. 1:08-CV-085-C |
| | § | ECF |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **Commissioner of Social Security,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed March 2, 2010 (Doc. 23). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should further consider the limitations imposed by Plaintiff's mental impairments during the relevant period, as indicated by medical opinion and other evidence in the record.

Dated March 18, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT